UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

---

TERRANCE LYNN EVANS,                    JUDGMENT IN A CIVIL CASE

    Plaintiff,

vs.


SHERIFF BILL OLDHAM, ET AL.             CASE NO: 16-2785-STA-egb

    Defendants.

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.


**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Directing Entry of Judgment, Certifying An Appeal Would Not Be Taken In Good Faith and Notifying Plaintiff of Appellate Filing Fee entered on November 16, 2017, judgment will be entered in accordance with the October 6, 2017, order dismissing the Complaint for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1).




APPROVED:


s/ S. Thomas Anderson
CHIEF JUDGE UNITED STATES DISTRICT COURT

DATE: 11/16/2017                    THOMAS M. GOULD
                                    Clerk of Court


                                        s/Maurice B. BRYSON

                                    (By)  Deputy Clerk